# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3109

_____

Henry Chester,

        Appellant,

v.

Kelly Lock; J. D. Kaver, Unit Manager,
CMCC; Chris Winters; Lorraine Moore,

        Appellees.

Appeal from the United States
District Court for the Western
District of Missouri.

[UNPUBLISHED]

_____

Submitted:  November 18, 1999

Filed:  November 24, 1999

_____

Before McMILLIAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

      Henry Chester, a Missouri inmate, appeals the district court's adverse grant of summary judgment to the correctional officials sued by Chester in this 42 U.S.C. § 1983 action.  On appeal, Chester contends his due process rights were violated when he was placed in administrative segregation after he received a conduct violation for fighting.  After de novo review, we find the district court's order adopting the magistrate judge's report and recommendation was correct for the reasons stated by the

district court, and we affirm on the basis of the district court's ruling.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.